| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fair Andreen, Incorporated |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | 25-21724-gmh |

☒ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Lau & Fehring, Inc.**<br>Creditor's Name<br><br>Richard Lau<br>W238 N1650 Rockwood Dr<br>Waukesha, WI 53188<br>Creditor's mailing address<br><br>ricklau159@gmail.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | $375,000.00 | $0.00 |
| **2.2** **The Huntington National Bank**<br>Creditor's Name<br><br>Att: V.P. Jeffrey Sallee<br>1601 S. Webster Ave<br>Green Bay, WI 54301<br>Creditor's mailing address<br><br>jeffrey.sallee@huntington.com<br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>2016 GMC Van VIN *0651, 2007 Ford Truck Vin * 2341, 2020 GMC Van *8211 and all inventory, chattel paper, accounts, and General Intangibles, whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements<br><br>**Describe the lien**<br>Loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,668,800.00 | $1,600,000.00 |

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 2

| Debtor | Fair Andreen, Incorporated | Case number (if known) | 25-21724-gmh |
|---|---|---|---|

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **The Huntington National Bank** | Describe debtor's property that is subject to a lien | $480,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Att: V.P. Jeffrey Sallee**
**1601 S. Webster Ave**
**Green Bay, WI 54301**
Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,523,800.00

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Atty. Mark Darneider**<br>**Darnieder & Sosnay**<br>**735 N Water St #205**<br>**Milwaukee, WI 53202** | Line **2.1** | |
| **City Press, Inc.**<br>**Att: Current Officer**<br>**159 Linda Ln**<br>**Colgate, WI 53017** | Line **2.1** | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2